| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DIEHL, MARY GRACE | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 04/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

7. Chambers or Office Address

1215 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. President/Immediate Past President | National Conference of Bankruptcy Judges |
| 3. Member, Board of Directors | American Bankruptcy Institute |
| 4. Vice President | American College of Bankruptcy |
| 5. Member, Board of Trustees | Turnaround Managment Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | Contract with LexisNexis/Collier to edit book on Professional Compensation in Bankruptcy Cases |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Lexis/Nexis Royalties | $2,429.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Graduate Fellowship Georgia State University |
| 2. 2016 | Self Employed Attorney |
| 3. 2016 | Book Royalties from University of Illinois Press |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 25-30, 2016 | San Francisco, CA | Judges Conference | Reimbursement of Travel and Hotel |
| 2. | American College of Bankruptcy | March 17-20, 2016 | Washingon, DC | Professional Meeting | Partial Reimbursementof Travel and Hotel |
| 3. | American Bankruptcy Institute | April 14-15, 2016 | Washington, DC | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 4. | Turnaround Management Association | February 16-18, 2016 | Las Vegas, NV | Certification Oversight Committee Meeting | Reimbursement of Travel and Hotel |
| 5. | National Conference of Bankruptcy Judges | March 14-15, 2016 | Fort Worth, TX | Mid-Year Meeting | Reimbursement of Hotel and Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

| 6. | National Assn of Bankruptcy Trustees | September 7-10, 2016 | San Dieego, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
|---|---|---|---|---|---|
| 7. | Turnaround Management Assn | November 1-3, 2016 | ORLANDO, FL | Board of Directors Meeting | Reimbursement of Travel and Hotel |
| 8. | American Bankruptcy Institute | November 30-December 3, 2016 | Los Angeles, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 9. | Natinoal Association of Chapter 13 Trustees | July 20-23, 2016 | Philadelphia, PA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 10. | National Conference of Bankruptcy Judges | August 7-9, 2016 | Washington, DC | Meeting of NCBC | Reimbursemenr of Travel and Hotel |
| 11. | National Conference of Bankruptcy Judges | December 11-12, 2016 | Washington DC | Meeting at Supreme Court | Reimbursement of Travel, Hotel and Meals |
| 12. | National Conference of Bankruptcy Judges | September 13-15, 2016 | Washington, DC | Meeting of Legislative Committee | Reimbursement of Travel and Hotel |
| 13. | University of Miami Law School | February 26-28, 2016 | Miami, FL | Judge Moot Court Competition | Reimbursemetn of Travel and Hotel |
| 14. | Instituto Brasileiro de Estudos de Recuperacao de Empresas | Marcy 2-4, 2016 | Sao Paulo, Brazil | Speaker at Seminar and Meetings with Brazilian Judiciary | Reimbursement of Travel, Hotel aned Meals |
| 15. | Federal Judges Association | May 17-18, 2016 | Washington, DC | Board of Directors Meeting | Reimbursemenrt of Travel, Hotel and Meals |
| 16. | Turnaround Management Association | June 2-3, 2016 | Nashville, TN | Speaker at Educational Program | Reimbursement of Mileage and Hotel |
| 17. | Federal Magistrate Judges Association | July 18-20, 2016 | San Francisco, CA | Board of Directors Meeting | Reimbursement of Travel, Hotel and Meals |
| 18. | National Conference of Bankruptcy Judges | August 25-27, 2016 | Denver, CO | Officers Meeting | Reimbursement of Travel, Hotel and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIEHL, MARY GRACE** | 04/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dr. Jung Ho Lee Sr. | Real estate lease | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America Accounts | A | Interest | M | T | | | | | |
| 2.  Wells Fargo Bank Account | | None | J | T | | | | | |
| 3.  Emory Credit Union | | None | J | T | | | | | |
| 4.  Mass Mutual Life Insurance Policy#1(traditional whole life) | C | Dividend | M | T | | | | | |
| 5.  Mass Mutual Insurance Policy #2(traditional whole life) | C | Dividend | M | T | | | | | |
| 6.  Prudential Insurance Policy (traditional whole life) | A | Interest | K | T | | | | | |
| 7.  Brokerage Account #1 (-13012) | | | | | | | | | |
| 8.  --Bank Deposit Account- FIA Card services | A | Interest | K | T | | | | | |
| 9.  -Bank of America (formerly ML Bank) | A | Interest | J | T | | | | | |
| 10. --Eaton Vance Large Cap Value Fund Class A | B | Distribution | M | T | Buy (add'l) | 01/06/16 | J | | |
| 11. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 12. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 13. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 14. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 15. | | | | | Sold (part) | 01/29/16 | J | A | |
| 16. | | | | | Sold (part) | 03/29/16 | J | A | |
| 17. | | | | | Sold (part) | 04/12/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/28/16 | J | A | |
| 19. | | | | | Sold (part) | 05/31/16 | J | A | |
| 20. | | | | | Sold (part) | 06/28/16 | J | A | |
| 21. | | | | | Sold (part) | 07/29/16 | J | A | |
| 22. | | | | | Sold (part) | 08/29/16 | J | A | |
| 23. | | | | | Sold (part) | 11/14/16 | J | A | |
| 24.   --Dreyfus Appreciation Fd | E | Distribution | M | T | Buy (add'l) | 01/06/16 | K | | |
| 25. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 26. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 27. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 28. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 29. | | | | | Sold (part) | 01/29/16 | J | A | |
| 30. | | | | | Sold (part) | 03/29/16 | J | A | |
| 31. | | | | | Sold (part) | 04/12/16 | J | A | |
| 32.   --Hancock Horizon Diversified Intl Fd Inst | | | | | Sold | 01/06/16 | L | A | |
| 33.   --Allianzgi NFJ Dividend Value Fund CL P | C | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 34. | | | | | Buy (add'l) | 06/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 36. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 37. | | | | | Sold (part) | 04/12/16 | K | A | |
| 38. | | | | | Sold (part) | 04/20/16 | J | A | |
| 39. | | | | | Sold (part) | 04/28/16 | J | A | |
| 40. | | | | | Sold (part) | 07/29/16 | J | A | |
| 41. | | | | | Sold (part) | 08/29/16 | J | A | |
| 42. | | | | | Sold (part) | 11/14/16 | J | A | |
| 43. --Eaton Vance Atlanta Capital SMID Cap Fd CL1 | B | Distribution | L | T | Buy (add'l) | 01/06/16 | J | | |
| 44. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 45. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 46. | | | | | Buy | 10/26/16 | J | | |
| 47. | | | | | Sold (part) | 04/12/16 | K | A | |
| 48. | | | | | Sold (part) | 04/28/16 | J | A | |
| 49. | | | | | Sold (part) | 05/31/16 | J | A | |
| 50. | | | | | Sold (part) | 06/01/16 | K | A | |
| 51. | | | | | Sold (part) | 06/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/29/16 | J | A | |
| 53. | | | | | Sold (part) | 11/14/16 | J | A | |
| 54. | | | | | Sold (part) | 11/30/16 | J | A | |
| 55. --Mainstay Large Cap Growth Fund CL 1 | D | Distribution | M | T | Buy (add'l) | 01/07/16 | J | | |
| 56. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 57. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 58. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 59. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 60. | | | | | Sold (part) | 04/12/16 | K | A | |
| 61. | | | | | Sold (part) | 04/28/16 | J | A | |
| 62. | | | | | Sold (part) | 05/31/16 | J | A | |
| 63. | | | | | Sold (part) | 06/28/16 | J | A | |
| 64. | | | | | Sold (part) | 07/29/16 | J | A | |
| 65. | | | | | Sold (part) | 08/29/16 | J | A | |
| 66. --Mainstay Epoch Global Equity Yield Fund Cl 1 | D | Distribution | M | T | Buy (add'l) | 01/06/16 | J | | |
| 67. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 68. | | | | | Buy (add'l) | 06/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 70. | | | | | Sold (part) | 04/12/16 | L | A | |
| 71. | | | | | Sold (part) | 04/28/16 | J | A | |
| 72. | | | | | Sold (part) | 05/31/16 | J | A | |
| 73. | | | | | Sold (part) | 06/28/16 | J | A | |
| 74. | | | | | Sold (part) | 07/05/16 | J | A | |
| 75. --MFS Research International Fd CL1 | C | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 76. | | | | | Buy (add'l) | 06/01/16 | K | | |
| 77. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 78. | | | | | Sold (part) | 04/12/16 | L | A | |
| 79. | | | | | Sold (part) | 04/20/16 | J | A | |
| 80. | | | | | Sold (part) | 04/28/16 | J | A | |
| 81. | | | | | Sold (part) | 05/31/16 | J | A | |
| 82. | | | | | Sold (part) | 07/05/16 | J | A | |
| 83. | | | | | Sold (part) | 07/29/16 | J | A | |
| 84. | | | | | Sold (part) | 08/29/16 | J | A | |
| 85. --Prudential Jennison Small COmpany Fd Inc Z | C | Distribution | L | T | Buy (add'l) | 01/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 87. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 88. | | | | | Sold (part) | 04/12/16 | K | A | |
| 89. | | | | | Sold (part) | 04/20/16 | J | A | |
| 90. | | | | | Sold (part) | 04/28/16 | J | A | |
| 91. | | | | | Sold (part) | 05/31/16 | J | A | |
| 92. | | | | | Sold (part) | 06/01/16 | K | A | |
| 93. | | | | | Sold (part) | 06/28/16 | J | A | |
| 94. | | | | | Sold (part) | 07/29/16 | J | A | |
| 95. | | | | | Sold (part) | 08/29/16 | J | A | |
| 96. | | | | | Sold (part) | 11/14/16 | J | A | |
| 97. Brokerage Acct #2 (-13017) | | | | | | | | | |
| 98. --Georgia St Rd & Twy Auth Rev | B | Interest | K | T | | | | | |
| 99. --University Houston Tex | A | Interest | K | T | | | | | |
| 100. --Dekalb Private Hosp Auth | B | Interest | K | T | | | | | |
| 101. --Columbia Co Ga Wtr & Sew | A | Interest | J | T | | | | | |
| 102. --Athens-Clarke Cnty GA Uni Govt Auth Rev | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Athens Clarke County GA UNI Govt Sales Tax:Jail | A | Interest | K | T | | | | | |
| 104. --Metro Atlanta RTA GA SLS TaxRV Third Series | B | Interest | K | T | | | | | |
| 105. --DeKalb Cnty Ga Wtr-Sew | B | Interest | K | T | | | | | |
| 106. Met Wash DC Arpts AT | A | Interest | K | T | | | | | |
| 107. West Virginia St Hosp Fin Auth Hosp Rev A | | None | J | T | Buy | 12/20/16 | J | | |
| 108. Brokerage Acct #3 (-12445) | | | | | | | | | |
| 109. --SP500 ARN Issuer BAC/due 3/28/16 | A | Distribution | | | Redeemed | 03/28/16 | K | B | |
| 110. --SP500 ARN Issuer BAC/due 5/27/16 | | None | | | Redeemed | 05/27/16 | M | A | |
| 111. --SP500 ARN Issuer CS/due 9/30/'6 | E | Distribution | | | Redeemed | 09/30/16 | N | E | |
| 112. --SX5E ARn Issuer BAC/due 5/27/16 | A | Distribution | | | Redeemed | 05/27/16 | M | A | |
| 113. --SX5E ARN Issuer BAC/due 6/24/16 | | None | | | Redeemed | 06/24/16 | M | A | |
| 114. SX5E ARN Issuer BAC/due 9/30/16 | | None | | | Redeemed | 09/30/16 | N | A | |
| 115. SP500 ARN Issuer BAC/due 5/27/16 | | None | M | T | Buy | 07/07/16 | M | | |
| 116. SP500ARN Issuer BARC/due 11/22/17 | | None | N | T | Buy | 09/29/16 | N | | |
| 117. SX5EARN Issuer BAC/due 7/28/17 | | None | M | T | Buy | 05/26/16 | M | | |
| 118. Sx5E ARN Issuer BAC/due 5/26/17 | | None | K | T | Buy | 03/23/16 | K | | |
| 119. SX5E ARN Issuer BAC/due 11/22/17 | | None | N | T | Buy | 09/29/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Investment Account #3 --13590 | | | | | | | | | |
| 121. Allianzgi NFJ Divident Value Fd | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 122. Dreyfus Appreciation Fd | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 123. Eaton Vance Atlanta | A | Distribution | J | T | Buy | 11/03/16 | J | | |
| 124. Eaton Vance Large Cap Value Fund Cl i | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 125. Mainstay Large Cap Growth Fund | B | Dividend | K | T | Buy | 11/03/16 | K | | |
| 126. Mainstay Epoch Global Equity Yield Fund | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 127. MFS Research International FD | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 128. Prudential Jennison Small Company Fd | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 129. IRA #1 (-13022) | | | | | | | | | |
| 130. --ML Winton FuturesAccess LLC | | None | N | T | | | | | |
| 131. IRA #2 (-12598) | | | | | | | | | |
| 132. --Eaton Vance Large Cap Value FUnd Class A | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 133. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 134. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 135. | | | | | Sold | 08/19/16 | K | A | |
| 136. --FIA Card Services (formerly ML Bank USA RASP) | A | Interest | | | | | | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Dreyfus Appreciation Fd | B | Distribution | | | Buy (add'l) | 01/06/16 | J | | |
| 138. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 139. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 140. | | | | | Sold | 08/19/16 | K | A | |
| 141.  Allianzgi NFJ Dividend Value Fund CL P | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 142. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 143. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 144. | | | | | Sold | 08/19/16 | K | A | |
| 145.  Eaton Vance Atlanta Capital SMID Cap Fd Cl I | | None | | | Buy (add'l) | 04/21/16 | J | | |
| 146. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 147. | | | | | Sold | 08/19/16 | J | A | |
| 148.  Mainstay Large Cap Growth Fund Cl1 | | None | | | Buy (add'l) | 01/06/16 | J | | |
| 149. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 150. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 151. | | | | | Sold | 08/19/16 | K | A | |
| 152.  Mainstay Epoch Global Equity Yield Fund Cl I | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 153. | | | | | Buy (add'l) | 04/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 155. | | | | | Sold | 08/19/16 | K | A | |
| 156. MFS Research International Fd Cl1 | | None | | | Buy (add'l) | 01/06/16 | J | | |
| 157. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 158. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 159. | | | | | Sold | 08/19/16 | K | B | |
| 160. Prudential Jennison Small Company Fd Inc Z | | None | | | Buy (add'l) | 01/07/16 | J | | |
| 161. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 162. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 163. | | | | | Sold | 08/19/16 | J | A | |
| 164. Partners Group Private Equity (TEI) LLC | | None | M | T | Buy | 09/29/16 | M | | |
| 165. IRA #3 (12601/14937) | | | | | | | | | |
| 166. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | K | T | | | | | |
| 167. SP 500 ARN Issuer BAC/due 4/28/17 | | None | N | T | Buy | 02/25/16 | N | | |
| 168. SP500 ARN Issuer BAC | | None | | | Redeemed | 02/26/16 | N | A | |
| 169. --Eaton Vance Large Cap Value Fund Class A | B | Dividend | L | T | Buy (add'l) | 04/21/16 | J | | |
| 170. | | | | | Buy (add'l) | 05/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 172. | | | | | Sold (part) | 08/19/16 | K | | |
| 173. --Dreyfus Appreciation Fd | B | Dividend | L | T | Buy (add'l) | 04/21/16 | J | | |
| 174. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 175. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 176. | | | | | Sold (part) | 08/19/16 | K | | |
| 177. --Allianzgi NFJ Dividend Value Fund CL P | B | Dividend | L | T | Buy (add'l) | 04/21/16 | J | | |
| 178. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 179. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 180. | | | | | Sold (part) | 08/19/16 | K | | |
| 181. --Eaton Vance Atlanta Capital SMID Cap FD Cl I | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | |
| 182. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 183. | | | | | Sold (part) | 08/19/16 | K | | |
| 184. | | | | | Sold (part) | 08/23/16 | J | | |
| 185. --Mainstay Large Cap Growth Fund Cl I | A | Dividend | L | T | Buy (add'l) | 04/21/16 | J | | |
| 186. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 187. | | | | | Buy (add'l) | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 08/19/16 | K | | |
| 189. --Mainstay Epoch Global Equity Yield Fund Cl 1 | C | Dividend | M | T | Buy (add'l) | 04/21/16 | K | | |
| 190. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 191. | | | | | Sold (part) | 08/19/16 | L | | |
| 192. | | | | | Sold (part) | 08/23/16 | K | | |
| 193. MFS Research International Fd Cl 1 | C | Dividend | M | T | Buy (add'l) | 04/21/16 | J | | |
| 194. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 195. | | | | | Sold (part) | 08/19/16 | L | | |
| 196. | | | | | Sold (part) | 08/23/16 | K | | |
| 197. Prudential Jennison Small Company Fd Inc Z | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | |
| 198. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 199. | | | | | Sold (part) | 08/19/16 | K | | |
| 200. | | | | | Sold (part) | 08/23/16 | J | | |
| 201. Partners Group Private Equity (TEI) LLC | | None | N | T | Buy | 10/03/16 | N | | |
| 202. SEP #1 (-12599) | | | | | | | | | |
| 203. --Eaton Vance Large Cap Value FUnd Class Amgd221712 | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 204. | | | | | Buy (add'l) | 04/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 206. --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Int./Div. | J | T | | | | | |
| 207. --Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 208. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 209. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 210. Allianzgi NJF Dividend Value Fund CL P | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 211. | | | | | Sold (part) | 04/21/16 | J | | |
| 212. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 213. Eaton Vance Atlanta Capital SMID Cap Fd CL 1 | A | Int./Div. | K | T | Sold (part) | 04/21/16 | J | A | |
| 214. | | | | | Sold (part) | 08/23/16 | J | A | |
| 215. Mainstay Large Cap Growth Fund Cl 1 | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 216. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 217. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 218. Mainstay Epoch Global Equity Yield Fund Cl 1 | B | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 219. | | | | | Sold (part) | 04/21/16 | J | A | |
| 220. | | | | | Sold (part) | 08/23/16 | J | A | |
| 221. MFS Research International Fund Cl 1 | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 223. | | | | | Sold (part) | 08/23/16 | J | A | |
| 224. Prudential Jennison Small Company Fd Inc Z | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 225. | | | | | Sold (part) | 04/21/16 | J | A | |
| 226. | | | | | Sold (part) | 08/23/16 | J | A | |
| 227. SEP #2 (-12600) | | | | | | | | | |
| 228. Bank of America NA RASP (Cash Acct) | A | Int./Div. | J | T | Open | 01/04/16 | J | | |
| 229. --Eaton Vance Large Cap Value Fund Class A | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 230. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 231. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 232. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 233. --Dreyfus Appreciation Fd | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 234. | | | | | Sold (part) | 02/25/16 | J | A | |
| 235. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 236. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 237. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 238. Allianzgi NFJ Divident Value Fund Cl P | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 02/25/16 | J | A | |
| 240. | | | | | Sold (part) | 04/21/16 | J | A | |
| 241. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 242. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 243. Eaton Vance Atlanta Capital SMID Cap Fd Cl I | A | Int./Div. | J | T | Buy (add'l) | 02/11/16 | J | | |
| 244. | | | | | Sold (part) | 02/25/16 | J | A | |
| 245. | | | | | Sold (part) | 04/21/16 | J | A | |
| 246. | | | | | Sold (part) | 05/25/16 | J | A | |
| 247. | | | | | Sold (part) | 08/23/16 | J | A | |
| 248. Mainstay Large Cap Growth Fund Cl I | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 249. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 250. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 251. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 252. Mainstay Epoch Global Equity Yield Fund Cl I | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 253. | | | | | Sold (part) | 02/25/16 | J | A | |
| 254. | | | | | Sold (part) | 04/21/16 | J | A | |
| 255. | | | | | Buy (add'l) | 05/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 08/23/16 | J | A | |
| 257. MFS Research International Fund Cl1 | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 258. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 259. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 260. | | | | | Sold (part) | 08/23/16 | J | A | |
| 261. Prudential Jennison Small Company Fund Inc Z | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 262. | | | | | Sold (part) | 04/21/16 | J | A | |
| 263. | | | | | Sold (part) | 05/25/16 | J | A | |
| 264. | | | | | Sold (part) | 08/23/16 | J | A | |
| 265. 401(k) Plan (-05031) | | | | | | | | | |
| 266. SX5E ARN ISSUER BAC/due 6/30/17 | A | Interest | J | T | Buy | 04/28/16 | J | | |
| 267. SX5E ARN Issuer BAC/Due 3/17/17 | C | Interest | K | T | Buy | 01/28/16 | K | | |
| 268. MJ Defined Benefit Plan (-05030) | | | | | | | | | |
| 269. SX5E ARN Issuer BAC/due 6/30/17 | D | Interest | N | T | Buy | 04/28/16 | N | | |
| 270. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investment Account #3  (--13590) was funded with funds from an inheritance from a relative who died in July 2016..

Trust #1 is a charitable trust and is not reportable because it was not created by me, my spouse or a dependent child and no income is received by me, my spouse or a dependent child.  Neither do any of these persons have a beneficial interest inthe trust.  This infomration was previously reported but is no longer necessary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544